**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 13-cv-03440-WJM
(Criminal Action No. 13-cr-00057-WJM-1)

UNITED STATES OF AMERICA,

v.

ALONSO JOSE DE JESUS-CHAGOLLAN,

      Movant.

---

**ORDER**

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before January 15, 2014, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated this 30th day of December, 2013.

                                                BY THE COURT:

                                                William J. Martínez
                                                United States District Judge