**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-00057-WJM
Civil Case No. 13-cv-03440-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ALONSO JOSE DE JESUS-CHAGOLLAN,

      Defendant.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence (ECF No. 44) of Judge William J. Martínez, entered June 30, 2014, it is

ORDERED that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (ECF No. 39) is DENIED.  It is

FURTHER ORDERED that Claims One, Two, Three, and Four are DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that the Court has *sua sponte* considered whether a certificate of appealability is appropriate, and hereby ORDERS that no certificate of appealability will issue because Petitioner has not made a substantial showing that jurists of reason would find it debatable whether the Petition states a valid claim of the

denial of a constitutional right.

Dated at Denver, Colorado this 1st day of July 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK


By:  s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk